**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL CROSBY CARNEGIE, )<br>)<br>        *Plaintiff,* )<br>  vs. )<br>)<br>JOSE G. LOPEZ, ELLIOTT KANE, )<br>and DOES 1-10, )<br>)<br>        *Defendants.* )<br>)<br>)<br>_____ ) | CASE NO.  CV06-5259 GW (PJWx)<br><br>**ORDER RE DISMISSAL** |

     The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

Dated:  March 24, 2008          _____
                          GEORGE H. WU
                          UNITED STATES DISTRICT JUDGE